UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN HAMBLIN                              JURY TRIAL DEMANDED

v.                                        CASE NO.  3:10cv

BAY AREA CREDIT SERVICE LLC

COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq., the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2. This Court has jurisdiction.  15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. The Defendant is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5. The defendant is a "debt collector" as the term is defined in the FDCPA.

6. Defendant attempted to collect a personal account allegedly owing to AT&T Mobility.

7. Defendant sought to collect from plaintiff a Principal Balance of $674.79 and a Collection Fee of $101.22.

8. Defendant had not charged any collection fee to AT&T Universal.

9. The collection fee was neither expressly authorized by the agreement nor permitted by law.

SECOND COUNT

10. The allegations of the First Count are repeated and realleged.

11. Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the CUTPA, causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

  1. Award plaintiff such damages as are permitted by law, including compensatory and punitive, including $1,000 statutory damages under the FDCPA.

  2. Award the plaintiff costs of suit and a reasonable attorney's fee;

  3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

       THE PLAINTIFF

       BY_____/s/ Joanne S. Faulkner___
       JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net