UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HAMBLIN, | : |
| Plaintiff, | : |
| v. | : No. 3:10-cv-1189-JCH |
| BAY AREA CREDIT SERVICE, LLC, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
JOHN HAMBLIN

By: _____
Joanne S. Faulkner
123 Avon Street
New Haven, CT 06511
Tel: 203-772-0395
E-mail: j.faulkner@snet.net
His Attorney

THE DEFENDANT,
BAY AREA CREDIT SERVICE, LLC

By: _____
Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
E-Mail: jelliot@znclaw.com
Its Attorneys

So Ordered: _____   Dated: